1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN TERRELL LEWIS,<br><br>Defendant. | MAGISTRATE CASE NO:  '24 MJ1990 DDL<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 2422(b)<br>Attempted Enticement of a Minor<br><br>Title 18, U.S.C., Sec. 1591(a) and (b)(1)<br>Attempted Sex Trafficking Through Force, Fraud or Coercion |

The undersigned Complainant, being duly sworn, states:

## COUNT 1

On or about April 22, 2024, and continuing through April 23, 2024, within the Southern District of California and elsewhere, defendant, Steven Terrell LEWIS, using any facility and means of interstate and foreign commerce, including the telephone and by computer, did knowingly attempt to persuade, induce, entice, and coerce an individual (JF) whom he believed had not attained the age of 18 to engage in prostitution, or any unlawful sexual activity for which a person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

1

<u>COUNT 2</u>

On or about April 29, 2024, and continuing through May 5, 2024, within the Southern District of California and elsewhere, defendant, Steven Terrell LEWIS, in and affecting interstate commerce, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (AF), knowingly and in reckless disregard of the fact that means of force, threats of force and coercion would be used to cause AF to engage in a commercial sex act; in violation of Title, United States Code, Section 1591(a) and (b)(1).

This complaint is based on the attached Statement of Facts incorporated herein by reference.

Aron Marcellus
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 21st day of May 2024.

HONORABLE DAVID D. LESHNER
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I am a Special Agent (SA) employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am currently assigned to the Border Enforcement Security Task Force (BEST), Human Smuggling/Trafficking Group. My primary responsibilities include investigating human smuggling/trafficking and narcotics violations throughout San Diego County. As relevant to the Complaint, I have been working with members of the San Diego Human Trafficking Task Force (SDHTTF) to conduct an investigation into Steven Terrell LEWIS (LEWIS) and his sex trafficking of an adult female (AF) and attempted enticement and coercion of a juvenile female (JF) in San Diego.

**Juvenile Female (JF)**

On April 23, 2024, the El Cajon Police Department (SDPD) was contacted by a School Resource Officer at Valhalla High School to report an incident involving LEWIS and a 14-year-old juvenile female (JF). During an interview with JF, JF reported that on April 22, 2024, LEWIS approached JF as she was walking to a friend's house in the area of 463 N. First St., El Cajon, in San Diego County. LEWIS pulled his vehicle into her path on the sidewalk and approached JF. LEWIS attempted to engage her in conversation. LEWIS asked JF how old she was and JF replied that she was "underage." JF stated that LEWIS responded by saying that he did not care about that. LEWIS then grabbed JF's phone out of her hand without permission and physically manipulated it to retrieve the phone number for JF's phone. LEWIS dialed JF's number with his phone and then returned her phone to her and left the area. Later that night JF received several text messages from phone number XXX-XXX-8155, to include "Lil sexy u definitely gotta cum chill wit me" and "Cum lemme rub dat booty." JF did not responded and blocked the phone number. Later a record check would reveal the phone number ending in -8155 to be registered to LEWIS.

On April 23, 2024, JF received text messages from phone number XXX-XXX-0014. Further investigation would reveal the phone number ending in -0014 to be used

by LEWIS, described further below. When JF asked who it was, LEWIS responded "Pimpin", and when JF responded "Real", LEWIS responded "Yes" followed by a picture of an erect penis. When JF asked who was sending the messages LEWIS stated, "Let's go get some money." Later in a follow up victim interview with JF, SDHTTF Task Force Officer (TFO) L. Durbin asked JF what she thought LEWIS meant when he sent the message about getting some money and she replied he wanted her to work for him. When TFO Durbin asked if he (LEWIS) meant for her to work as a prostitute for him, JF said yes. At the time of the interview, TFO Durbin noted that JF was small in stature and youthful in appearance, and in no way could she be mistaken for 18 years old.

During the initial report to law enforcement, JF was shown a six-pack photographic line-up.  JF picked picture number three, positively identifying LEWIS as the suspect.

A record check showed LEWIS was on formal probation for terrorists threats, with a 4th waiver that extended to his electronics.

On May 16, 2024, LEWIS reported to San Diego County Probation where he was detained and his phone, a black Samsung Smartphone with a black case, was found after he left it behind in his car. Prior to returning the phone to the probation office, TFO Durbin called the phone numbers that LEWIS had used to contact JF and both rang on the phone, with -8155 coming through on the native line and -0014 ringing through on the TextNow application. The phone was seized as evidence.

On the same day, May 16, 2024, TFO Durbin and San Diego County Probation conducted a 4th waiver search of LEWIS' residence.  In LEWIS' bedroom, TFO's discovered an additional phone, a green Motorola Smartphone.  This phone was also seized as evidence.

Based on my training and experience, I recognized the actions taken by LEWIS with regards to JF to be a form of recruitment for prostitution. This was shown when LEWIS referred to himself as a pimp, sent an explicit image of an erect penis to JF, and then in the same conversion discussed making money.

**Adult Female (AF)**

On April 29, 2024, at about 1535 hours, the SDHTTF was contacted by Corporal Anderson of the National City Police Department (NCPD) regarding a report of a possible human trafficking case. Corporal Anderson stated that while conducting a prostitution reduction operation in the city of National City, one of the females arrested had told officers she was being forced to prostitute. The female was identified as an adult female (AF). At the time of the arrest, AF had told officers that she could not believe she was being arrested for doing something she did not want to do. AF stated that she had a pimp, and he would be coming down from Escondido to check on her earnings. TFO D. Dierdorff and L. Durbin responded to the National City Police Department to interview the victim.

Upon arrival, TFOs Dierdorff and Durbin met with Corporal Anderson who briefed TFOs on the circumstances of the call-out. Corporal Anderson stated the NCPD was conducting a prostitution reduction operation and had arrested AF for prostitution after she had been picked up by an undercover officer and had negotiated a car date.

AF told TFOs that on the morning of April 29, 2024, her pimp, known to her only as "Royalty," had sent an Uber to pick her up from where she was located, near Camino Del Rio South, in the city of San Diego and bring her to the "track"[1] in the city of National City. Later, AF clarified that the Uber dropped her off at the Jack-in-the-box located at 700 Roosevelt Ave, National City, CA 91950.[2]

AF informed TFOs that she had been at Camino Del Rio South that morning because her friend was at work, and she was waiting inside the car. AF said that "Royalty" had coordinated the ride and then sent her a message about what type of vehicle would be picking her up. AF told TFOs that this current pimp is very new and has not had the

---

[1] Based on my training and experience I know the term "track" as a strip of street known to be a location where sex buyers can meet up with prostitutes to arrange dates.

[2] Based on my training and experience, I know that Roosevelt Ave in National City is known as an area prolific for prostitution.

chance to watch her on the "blade[3]" under his supervision. AF said that when he sent her a ride, he told her to contact him when she had made the money saying, "Hit me up when you got it all". AF said that the amount of money that she needed to make from doing dates was based on her assessment. This was due to "Royalty" knowing that AF had already worked as a prostitute and that she would know how much was expected.

AF described the Uber that picked her up as a black Prius driven by an Asian adult male. She said she arrived at "the track" between nine and ten in the morning and had only done one date before being arrested for prostitution by an undercover NCPD Officer.

TFO D. Dierdorff asked how they were supposed to communicate if she didn't have a phone with service and AF told him that she would pay to use Wi-Fi through Cox or at the Jack-in-the-Box.

When asked if there was anything in her phone which would help to corroborate that she was being trafficked by "Royalty," AF stated that the phone she had would only have a few days of conversation between her and "Royalty."

AF then told TFOs that "Royalty" and other traffickers had begun using new communication techniques. AF said they did this to subvert law enforcement establishing a timeline. AF said that when you read the messages, it will seem as though they just met. AF said that in her phone TFOs would find messages discussing the Uber, the money, and "Royalty" getting mad and saying she should not get a phone or an outfit before she (AF) brings the money. AF said that they text on Textfree and TextNow. AF said "Royalty's" number would not be assigned to a contact name, just listed as a phone number. AF said the conversation started funny because he acted like he was someone new but also told AF that she knew him and has seen him around. AF said there would be several texts that would be incriminating.

---

[3] Based on my training and experience, the term "blade" refers to the geographical area in the pimping and prostitution subculture where commercial sex activity takes place. Blade is synonymous with "Track".

AF stated she would give TFOs access to her phone but at the time of the interview, the phone's battery was dead. TFO Durbin placed AF's phone on a charger while they continued the interview.

TFO Dierdorff asked AF to describe what "Royalty" looked like and she said he was a black male adult, in his late 30s, with a long beard with a twisted goatee, a bulky build, and about 5'7". AF said that she believed he lived downtown.

AF told TFOs that she had ads on Megapersonals, which is a website known to the SDHTTF to be used by sex buyers, traffickers, and prostitutes to coordinate meetings where sex is exchanged for money. When asked who posts her Megapersonals ads, AF said it was her cousin. AF explained she does not know how it works. AF told TFOs that the phone number on her ad should be her TextNow because it had previously been the phone number on the phone she had lost. When asked what the ad says, AF said she didn't know because her cousin had written the bio, but that the pictures are of her. When asked how long her cousin had been posting for her, she said a few months, but that she had asked her cousin to bump[4] her yesterday (April 28, 2024). TFOs located and confirmed that the Megapersonals ad for AF was first post on April 25, 2024,  and last updated April 28, 2024.

When asked where she was supposed to meet "Royalty" when he came down from Escondido, AF said that he would come to the area and drive around and find where she was standing. AF said that was the area where "Royalty" saw her the first time.

Once AF's phone was charged, TFO's brought it back into the interview room. AF was able to unlock it with a "heart-shaped' pattern. AF opened the phone and then reviewed it in front of TFOs.

AF told TFOs that the phone would only show the last two days, but she identified one of the photos in the messages from a phone number ending in -0014 as "Royalty," later positively identified as LEWIS in the investigation of the incident involving JF. TFO

---

[4] Based on my training and experience I know that "bump" refers to going on the Megapersonals site and pressing a button that refreshes your ad and moves it to the top of the feed.

Durbin took a digital photograph of this image. As TFO Durbin looked at the photo he recognized that it matched the physical description of "Royalty" AF had given during the earlier portion of her interview. TFO Durbin saw several messages that he recognized, based on training and experience, as containing verbiage and terms used between a pimp (trafficker) and a prostitute. The conversation led with "Royalty" telling AF "Let's get a bag together". The term bag means making a significant amount of money, and "together" implies AF would be doing it with him. Royalty also asked her "Are u under instructions?" which TFO Durbin knew in that context, meant "Royalty" was asking if AF was under the supervision of another pimp.

TFO Durbin noted that AF's phone did not have service outside of Wi-Fi and did not have any type of ride-sharing application downloaded, meaning someone else would need to secure her ride to "the track".

After the initial interview and inspection of AF's phone, TFO Durbin asked AF to sign a consent to search computer/electronic data form for access to her Vortex Android cell phone. AF signed the form and TFO Durbin took custody of the cell phone. Later, the cell phone was transported to SDHTTF where a forensic download was completed.

On May 4, 2024, AF contacted TFO Durbin from number ending in -3467 and asked to have her cell phone returned. TFO Durbin met her and returned her phone. Later that day AF texted TFO Durbin and sent him a screenshot of a conversation with "Royalty" (-0014). AF said that "Royalty" had threatened her. TFO Durbin looked at the screenshot and saw that she had received a message from "Royalty" where he said, "This game is dangerous I know you've heard stories but have u heard the one of the bitch killed on blade iber (sic) a Uber ride??" That message was followed by "Over a Uber ride she didn't pay for but the person who did is on u".

After AF had identified the phone number ending in -0014 as belonging to "Royalty," TFO Durbin ran this number through law enforcement databases and received a positive hit to the El Cajon investigation involving JF where LEWIS using the same phone number was attempting to recruit JF into prostitution, described above.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



Based on this investigation, it is believed that LEWIS attempted to entice and coerce JF into prostitution at or around the same time that LEWIS also attempted to sex traffic AF through force, fraud or coercion.

24
25
26
27
28

First: Steven      Mid. Terrell      Last: LEWIS      _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 05/11/2005 | San Diego | Poss/Purchase Controlled Sub PC11351 | Prob | |
| 11/20/2006 | San Diego | Possession of Firearm | 180 days/Prob | |
| 09/08/2010 | San Diego | Possession of Firearm | 365 days/ 3 yrs Prob | |
| 10/06/2010 | San Diego | Grand Theft/ Prevent Dissuade Victim | Misdemeanor | |
| 02/08/2022 | El Cajon | Threaten Crime w/ Intent to Terrorize | 3 yrs Prob | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | ON PAROLE/PROBATION | | |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | DEPORTATIONS | | |
| | | DATE OF MOST RECENT DEPORTATION | | |